# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

| | |
|---|---|
| ANTHONY M. SORIANO,<br><br>　　　　Plaintiff<br><br>　　V.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>　　Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:10-at-00832 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

_____

_____


ENTER this __19th__ day of __October__, __2010__.

　　　　　　　　　　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　　　　　Gary S. Austin, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer