Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ANTHONY SORIANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANTHONY SORIANO, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant | Case No.:   1:10-CV-1986 SMS <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE; <br><br> ORDER |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Anthony Soriano ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 29, 2011; and that Defendant shall have until September 28, 2011, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due October 12, 2011.

1 An extension of time for Plaintiff's Counsel is needed due to a serious illness in Counsel's family.  On June 2, 2011, Counsel's Spouse underwent a biopsy on her right breast.  Counsel and his spouse were subsequently informed that the pathology results of that biopsy revealed that she has Invasive Ductal Carcinoma.  In lay terms, Counsel's Spouse has breast cancer.  Counsel's Spouse has been scheduled to undergo a double mastectomy this week on June 16, 2011.  That treatment is expected to be followed with chemotherapy and other therapies.  As a result of the sudden onset of what is obviously a serious illness Counsel makes this request to continue the briefing schedule to allow him to devote the appropriate time to assist his Spouse through this obviously stressful experience.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 13, 2011                     Respectfully submitted,

                                                     LAW OFFICES OF LAWRENCE D. ROHLFING

                                                     /s/ *Steven G. Rosales*
BY:_____
                                                     Steven G. Rosales
                                                   Attorney for plaintiff ANTHONY SORIANO

DATE:  June 13, 2011                    BENJAMIN WAGNER
                                                   United States Attorney


                                                 */S/- *Lynn Harada*

                                                 _____
                                                 Lynn Harada
                                                 Special Assistant United States Attorney
                                                 Attorney for Defendant
                                                 [*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2    and including August 29, 2011, in which to file Plaintiff's Opening Brief;
3    Defendant may have an extension of time to September 28, 2011 to consider the
4    contentions raised in Plaintiff's Opening Brief, and file any opposition if
5    necessary. Any reply by plaintiff will be due October 12, 2011.
6    IT IS SO ORDERED.

8    Dated:   June 13, 2011              /s/ Sandra M. Snyder
9                                     UNITED STATES MAGISTRATE JUDGE