1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         **FRESNO DIVISION**
13

14  ANTHONY M. SORIANO,           )
                                  )    CIVIL NO.: 1:10-CV-01986-SMS
15       Plaintiff,               )
                                  )    STIPULATION AND ORDER TO EXTEND
16            v.                  )    TIME
                                  )
17                                )
    MICHAEL J. ASTRUE,            )
18  Commissioner of               )
    Social Security,              )
19                                )
                                  )
20       Defendant.                )
    _____)
21

22
         IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
23
    record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening
24
    brief.  Defense Counsel needs additional time to further review the file and prepare a response in this
25
    matter.  The current due date is September 28, 2011.  The new due date will be October 27, 2011.
26
         The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
27
28

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: September 21, 2011 　　　/s/ *Steven Rosales*
(As authorized via e-mail on 9/21/11 at 3:38 p.m.)
STEVEN ROSALES
Attorney for Plaintiff

Dated: September 21, 2011 　　　BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated:   September 22, 2011　　　　　　/s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend: 1:10-CV-01986-SMS　　　2